UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
RAYMOND CRUZ,

               Plaintiff,

-against-

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

               Defendant.
---------------------------------------------------------X

JUDGMENT
07-CV- 4658 (JG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR - 4 2008 ★

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on March 2, 2008, granting the Commissioner's motion for judgment on the pleadings; and dismissing plaintiff's appeal in its entirety; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Commissioner's motion for judgment on the pleadings is granted; and that plaintiff's appeal is dismissed in its entirety.

Dated: Brooklyn, New York
       March 03, 2008

                                      s/Robert C. Heinemann

                                      ROBERT C. HEINEMANN
                                      Clerk of Court